PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Cheryle Jean Wallace          Cr.: 04-800-001 & 04-608-001

Name of Sentencing Judicial Officer: G. Ross Anderson, Jr.

Date of Original Sentence: 06/15/99

Original Offense: Bank Robbery - 18:2113(a) & 2

Original Sentence: 70 months custody, 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/13/03

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Offender's term of supervision is due to expire on 12/13/06. However, the offender maintains a restitution balance of $17,670.96 on Dkt. No. 04-800-001 and $3,780.00 on Dkt. No. 04-608-001, which will not be paid before the expiration of her supervision term. To date the offender has paid a total of $4,167.04.

U.S. Probation Officer Action:
PO will notify FLU of offender's outstanding restitution and provide whatever information that they will need to assist them in collecting the outstanding debt.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 11/09/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date